UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERICO LOPEZ | CIVIL ACTION |
| versus | NO.: |
| MCDERMOTT INC., ET AL | SECTION:     "          " |
| | JUDGE: |
| | MAG. (  ) |
| | MAG. |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, Shell Oil Company ("Shell") and Tennessee Gas Pipeline Company, L.L.C. ("Tennessee Gas") (collectively "Defendants"), who remove the action entitled *"Federico Lopez v. McDermott, Inc., et al.,"* Docket No. 2017-5887, Division "13", from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 43 U.S.C. 1349(b) and/or 28 U.S.C. §§1331 and 1441, *et seq.,* as well as the additional grounds discussed in this Notice of Removal. In support hereof, Defendants aver as follows:

I. **Plaintiff does not allege that his claims against Defendants arose out of, or were in connection with Defendants' operations on the Outer Continental Shelf in his Petition.**

9175342_1

1.

On June 16, 2017, the above-entitled action was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana. Attached hereto as Exhibit "A" is a complete copy of all pleadings currently filed in the Civil District Court for the Parish of Orleans.

2.

In his Petition, Plaintiff, Federico Lopez ("Plaintiff" or "Lopez"), alleges that he was exposed to asbestos, and that this exposure has caused him to sustain injuries. Plaintiff named Defendants herein as defendants. Plaintiff made the following allegation regarding his work for Defendants:

> Primary exposure to asbestos fibers from approximately 1973 through 1986 while employed by Kellogg Brown & Root ("KBR") as a welder/pipefitter at numerous locations, including but not limited to Defendant MCDERMOTT INC.'S fabrication/shipyard and KBR's fabrication yard/shipyard in Morgan City, Louisiana. Additionally, Petitioner was exposed to asbestos during his work for KBR at premises/sites owned and/or operated by Defendants TENNESSEE GAS PIPELINE COMPANY, L.L.C. f/k/a TENNECO INC.; SHELL OIL COMPANY; MARATHON OIL COMPANY; EXXONMOBIL OIL CORPORATION; and BOARDWALK PETROCHEMICAL PIPELINE, LLC f/k/a CHEVRON PETROCHEMICAL PIPELINE LLC f/k/a TEXACO PETROCHEMICAL PIPELINE LLC. At these sites, Petitioner's job duties included welding, pipefitting, and working on and around various asbestos-containing products, including but not limited to turbines, pumps, valves, pipe, insulation and boilers. This work required him to work throughout these facilities around contractors and other tradesmen using or handling asbestos or asbestos-containing

products and/or equipment requiring or calling for the use of asbestos or asbestos-containing products. While Petitioner FEDERICO LOPEZ used, handled, and/or was in the vicinity of others using or handling asbestos or asbestos-containing products and/or equipment requiring or calling for the use of asbestos or asbestos-containing products, dangerously high levels of asbestos fibers were released into the air of the work place and were inhaled and ingested by Petitioner FEDERICO LOPEZ.[1]

Plaintiff's Petition did not contain any allegations that his alleged injuries and claims against Defendants arose out of, or were in connection with, Defendants' operations on the Outer Continental Shelf which involved the exploration, development, and/or production of the minerals of the subsoil and seabed of the Outer Continental Shelf.

**II. Defendants first ascertained that Lopez's claims against them arose out of, or were in connection with, Defendants' operations on the Outer Continental Shelf, in Mr. Lopez's August 16, 2017 deposition.**

3.

On August 16 and 17, 2017, Defendants participated in Plaintiff's deposition. During that deposition, Lopez testified that he worked on offshore platforms located in the Gulf of Mexico for Brown and Root and that his job duties at these platforms included work directly related to Defendants' exploration and production operations in the Gulf of Mexico.[2] Lopez's claims, therefore, arose out of, or were in connection with, Defendants' operations on the Outer Continental Shelf, which involved the exploration,

---

[1] *See* Exhibit A.
[2] *See* Exhibit B, Deposition of Federico Lopez, August 16, 2017.

9175342_1

development, and/or production of the minerals of the subsoil and seabed of the Outer Continental Shelf.

**III.     This Court has subject matter jurisdiction pursuant to 43 U.S.C. 1349(b) and/or 28 U.S.C. § 1331.**

4.

For the reasons set forth above, Plaintiff's claims against Defendants arise out of, or were in connection with, operations conducted on the Outer Continental Shelf which involves the exploration, development, or production of the minerals, of the subsoil and seabed of the Outer Continental Shelf or which involves rights to such minerals.

5.

This Court therefore has original subject matter jurisdiction under 43 U.S.C. § 1349(b).

6.

Alternatively, this Court also has original subject matter jurisdiction under 28 U.S.C. § 1331, in that the claims asserted against Defendants may arise under federal statutes, namely, the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 *et seq*.

7.

This matter is removable under 28 U.S.C. § 1441, in that it is a civil action over which the United States District Court for the Eastern District of Louisiana has original subject matter jurisdiction under 43 U.S.C. § 1349 and/or 28 U.S.C. § 1331.

4

9175342_1

8.

This matter is removable without regards to the citizenship of the parties in accordance with 28 U.S.C. § 1441.

**IV.   This Court has supplemental jurisdiction over Plaintiff's claims against all other defendants.**

9.

The Court has supplemental jurisdiction over Plaintiff's claims against all other defendants pursuant to 28 U.S.C § 1367(a), as those claims are so related to the claims falling under this Court's original jurisdiction such that they form part of the same case or controversy under Article III of the United States Constitution.

**V.   This Notice of Removal is timely filed.**

10.

Prior to August 16, 2017, Defendants never received "an amended pleading, motion, order, or other paper" from which Defendants could have ascertained that Plaintiff's alleged injuries and claims against Defendants arose out of, or were in connection with, Defendants' operations on the Outer Continental Shelf which involved the exploration, development, and/or production of the minerals of the subsoil and seabed of the Outer Continental Shelf.  This Notice of Removal has been filed within thirty (30) days of August 16, 2017.  It is therefore timely pursuant to 28 U.S.C. § 1446(b)(3).

**VI. All current defendants who have been served with Plaintiff's Petition consent to this removal.**

11.

Plaintiff's Petition was served upon several defendants, including Shell Oil Company, Tennessee Gas Pipeline Company, L.L.C., Boardwalk Petrochemical Pipeline, Chevron Phillips Chemical Company, LP, ExxonMobil Oil Corp., Foster Wheeler, LLC, General Electric Company, Goulds Pumps, LLC, Gulf Engineering Co., John Crane Inc., Lamons Gasket Co., Marathon Oil Company , McDermott, Inc., Montello, Inc., Otto Candies, L.L.C., Reilly-Benton Co., Inc., Superior Boiler Works, Inc., Taylor-Seidenbach, Inc., The McCarty Corporation, Union Carbide Corporation, and VT Halter Marine.

12.

Defendant, Boardwalk Petrochemical Pipeline, consents to this removal. *See* Exhibit "C," at Page 1.

13.

Defendant, Chevron Phillips Chemical Co., consents to this removal. *See* Exhibit "C," at Page 2.

14.

Defendant, Exxon Mobil Corporation, consents to this removal. *See* Exhibit "C," at Page 4.

9175342_1

15.

Defendant, Foster Wheeler, LLC, consents to this removal. *See* Exhibit "C," at Page 6.

16.

Defendant, General Electric Company, consents to this removal. *See* Exhibit "C," at Page 7.

17.

Defendant, Goulds Pumps, LLC, consents to this removal. *See* Exhibit "C," at Page 8.

18.

Defendant, John Crane Inc., consents to this removal. *See* Exhibit "C," at Page 9.

19.

Defendant, Lamons Gasket Co., consents to this removal. *See* Exhibit "C," at Page 10.

20.

Defendant, Marathon Oil Company, consents to this removal. *See* Exhibit "C," at Page 11.

21.

Defendant, McDermott, Inc., consents to this removal. *See* Exhibit "C," at Page 12.

22.

Defendant, Montello, Inc., consents to this removal.  *See* Exhibit "C," at Page 13.

23.

Defendant, Otto Candies, L.L.C., consents to this removal.  *See* Exhibit "C," at Page 14.

24.

Defendant, Reilly-Benton Co., Inc., consents to this removal.  *See* Exhibit "C," at Page 15.

25.

Defendant, Superior Boiler Works, Inc., consents to this removal.  *See* Exhibit "C," at Page 16.

26.

Defendant, Taylor-Seidenbach, Inc., consents to this removal.  *See* Exhibit "C," at Page 17.

27.

Defendant, The McCarty Corporation, consents to this removal.  *See* Exhibit "C," at Page 18.

28.

Defendant, Union Carbide Corporation, consents to this removal.  *See* Exhibit "C," at Page 19.

29.

Defendants, Gulf Engineering Co. and VT Halter Marine, were dismissed from the litigation prior to this removal and no consent is required. *See* Exhibit D, *in globo*, Plaintiff's dismissals of Gulf Engineering Co. and VT Halter Marine.

30.

It is unnecessary for a bankrupt party to consent to removal. Attached as Exhibit "E" is Tidewater Inc.'s Notice of Bankruptcy Filing and Imposition of Automatic Stay Pursuant to Section 362(a) of the Bankruptcy Code.

31.

Accordingly, all served Defendants who are presently parties to the litigation have consented to this removal. *See* Exhibit "C."

**VII. Other matters.**

32.

In accordance with the provisions of 28 U.S.C. §1446(a), Exhibit "A" to this Notice of Removal is a true and correct copy of all process, pleadings, and Orders filed in the matter entitled *"Federico Lopez v. McDermott, Inc., et al.,"* Docket No. 2017-5887, Division "13", from the Civil District Court for the Parish of Orleans, State of Louisiana.

33.

Written notice of the filing of this Notice of Removal will be given to Plaintiff, as required by the provisions of 28 U.S.C. §1446(d).

9175342_1

34.

A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, as required by the provisions of 28 U.S.C. §1446(d).

**WHEREFORE**, Defendants, Shell Oil Company and Tennessee Gas Pipeline Company, L.L.C., hereby remove this action to the United States District Court in and for the Eastern District of Louisiana.

        Respectfully submitted:

        **KEAN MILLER LLP**

        /s/ Alexandra E. Rossi
        Gregory M. Anding (#23622)
        Gayla M. Moncla (#19713)
        Jay M. Jalenak, Jr. (#20234)
        Sarah W. Anderson (#32763)
        Allison N. Benoit (#29087)
        Alexandra E. Rossi (#35297)
        KEAN MILLER LLP
        P. O. Box 3513
        Baton Rouge, LA  70821
        Telephone: (225) 387-0999

        AND

        Anthony M. Williams (#26750)
        909 Poydras Street, 36th Floor
        New Orleans, LA  70112
        Telephone: (504) 585-3050
        ***Attorneys for Shell Oil Company and***
        ***Tennessee Gas Pipeline Company, L.L.C.***

9175342_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FEDERICO LOPEZ | CIVIL ACTION |
| versus | NO.: |
| MCDERMOTT INC., ET AL | SECTION:      "            " |
| | JUDGE: |
| | MAG. (  ) |
| | MAG. |

## NOTICE OF REMOVAL
## TO OPPOSING COUNSEL

To:

**FLINT LAW FIRM**
Troyce Wolfe (#21853300)
Ryan Sweet (#6307137)
112 Magnolia Drive
Post Office Box 930
Glen Carbon, IL  62034
Telephone: (618) 288-4777
Facsimile:  (618) 288-2864
twolf@flintfirm.com
*Attorneys for the Plaintiff, Federico Lopez*

**CHEEK LAW FIRM**
Lindsey Cheek (#34484)
650 Poydras Street, Suite 2519
New Orleans, LA  70130
Telephone: (504) 304-4333
Facsimile:  (504) 324-0629
lcheek@thecheeklawfirm.com
*Attorneys for the Plaintiff, Federico Lopez*

9175484_1

**PLAUCHE MASELLI PARKERSON, LLP**
Kenan S. Rand Jr., Bar No. 23264, T.A.
Scott H. Mason, Bar No. 29329
Lauren B. Dietzen, Bar No. 31444
Katelyn W. Harrell, Bar No. 35164
One Shell Square
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Telephone: (504) 582-1142
Facsimile: (504) 582-1172
krand@pmpllp.com
*Counsel for Defendant, Lamons Gasket Company*

**PLAUCHE MASELLI PARKERSON, LLP**
Kenan S. Rand Jr., Bar No. 23264, T.A.
Scott H. Mason, Bar No. 29329
Lauren B. Dietzen, Bar No. 31444
Katelyn W. Harrell, Bar No. 35164
One Shell Square
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Telephone: (504) 582-1142
Facsimile: (504) 582-1172
krand@pmpllp.com
*Counsel for Defendant, John Crane Inc.*

**MORGAN, LEWIS & BOCKIUS, LLP**
Lauren McCulloch (#33973)
Mitchell F. Tedesco (#37326)
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
Telephone: (713) 890-5000
Email: lmcculloch@morganlewis.com
*Counsel for Defendants, Goulds Pumps, LLC*

**COURINGTON, KEIFER & SOMMERS, LLC**
Kaye N. Courington (#18582)
James Matherne (#26155)
616 Girod Street
New Orleans, LA 70130

9175484_1

P. 0. Box 2350, Suite 2105
New Orleans, LA 70176
Telephone: (504) 524-5510
JMatherne@courington-law.com
*Attorneys for Defendant, Superior Boiler Works, Inc.*

**FORMAN WATKINS & KRUTZ LLP**
Tim Gray (#31748)
Michael H. Abraham (#22915)
Michelle M. Roy (#31874)
Etienne F. Rene (#37276)
701 Poydras Street, Suite 4350
New Orleans, LA 70139-6001
Telephone: (504) 799-4383
Facsimile: (504) 799-4384
Michael.Abraham@formanwatkins.com
*Counsel for Defendant, Marathon Oil Company*

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**
David M. Bienvenu 11! 0700
John Allain Viator, 2 15
Lexi T. Holinga, #30096
Erin P. Tadie, #33 627
Anthony J. Gambino, Jr., #37129
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225) 388-5600
Fax: (225) 388-5622
John.Viator@bblawla.com

AND

**CHEHARDY SHERMAN WILLIAMS**
James M. Williams (#26141)
One Galleria Blvd., Suite 1100
Metairie, LA 70001
Phone: (504) 833-5600
Fax: (504) 833-8080

9175484_1

*Counsel for Defendant, ExxonMobil Corporation*

**ADAMS AND REESE, LLP**
Kathleen F. Drew (#5079)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
kathleen.drew@arlaw.com
*Counsel for Defendant, Chevron Phillips Chemical Company, LP, as successor in interest to Phillips Petroleum Company f/k/a ConocoPhillips and n/k/a Phillips 66 Company and Phillips 66 Company formerly d/b/a Drilling Specialties Company (named herein as a product liability defendant and identified incorrectly as CP Chem Company LLC f/k/a Chevron Phillips Chemical Company, LLC)*

**SIMON, PERAGINE, SMITH & REDFEARN**
Susan B. Kohn (#14501)
Douglas R. Kinler (#24143)
James R. Guidry (#26311)
Louis O. Oubre (#25202)
30th Fl. — Energy Centre — 1100 Poydras Street
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
Suek@spsr-law.com
*Counsel for Defendant, The McCarty Corporation*

**GORDAN, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS, & EAGAN, LLC**
Ewell E. Eagan, Jr. (La. Bar No. 5239)
Terrence K. Knister, T.A. (La. Bar No. 7755)
J. Douglas Rhorer (La. Bar No. 34052)
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000 Telephone: (504) 582-1111
Facsimile: (504) 582-1121
JRhorer@gamb.law
*Counsel for Boardwalk Petrochemical Pipeline, LLC*

**JONES WALKER LLP**
Joseph J. Lowenthal, Jr. (8909)

Madeleine Fischer (5575)
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000 / Direct: 582-8240
Direct Facsimile: (504) 589-8197
E-mail: jlowenthal@joneswalker.com
*Counsel for Defendant, McDermott, Inc.*

**HARRIS & RUFTY, LLC**
Rufus C. Harris, III (#6648)
Alfred J. Rufty, III, (#19990)
Cindy Galpin Martin (#25159)
650 Poydras Street, Suite 2710
New Orleans, LA 70130
Telephone: (504) 525-7500
Facsimile: (504) 525-7222
cgm@harrisrufty.com
*Counsel for Defendant, Otto Candies, L.L.C.*


**FRILOT L.L.C.**
John J. Hainkel, III (18246)
Angela M. Bowlin (20714)
James H. Brown, Jr. (3564)
Magali A. Puente Martin (27279)
Kelsey A. Eagan (35765)
Kelly L. Long (34945)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
T: (504) 599-8000; F: (504) 599-8100
mpuente@frilot.com
*Counsel for Defendant, General Electric Company*

**FRILOT L.L.C.**
John J. Hainkel, III (18246)
Angela M. Bowlin (20714)
James H. Brown, Jr. (3564)
Magali A. Puente Martin (27279)
Kelsey A. Eagan (35765)
Kelly L. Long (34945)

9175484_1

1100 Poydras Street, Suite 3700
New Orleans, LA 70163
T: (504) 599-8000; F: (504) 599-8100
mpuente@frilot.com
*Counsel for Defendant, Foster Wheeler LLC*

**PUGH ACCARDO, LLC**
McGready L. Richeson, T.A. (La. Bar No. 29398)
Ernest G. Foundas, T.A. (La. Bar No. 24419)
Perrey S. Lee (La. Bar No. 33241)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163-1132
Telephone: (504) 799-4500
Facsimile: (504) 799-4520
efoundas@pugh-law.com
*Counsel for Defendant, Montello, Inc.*

**PUGH ACCARDO, LLC**
McGready L. Richeson, T.A. (La. Bar No. 29398)
Ernest G. Foundas, T.A. (La. Bar No. 24419)
Perrey S. Lee (La. Bar No. 33241)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163-1132
Telephone: (504) 799-4500
Facsimile: (504) 799-4520
efoundas@pugh-law.com
*Counsel for Defendant, Union Carbide Corporation*

**WILLINGHAM, FAULTZ & COUGILL, LLP**
Thomas L. Cougill (LSB #31112)
Jamie M. Zanovec (LSB #29995)
Jennifer D. Zajac (LSB #28564)
Jenifer H. McLaughlin (LSB #31768)
Wells Fargo Bank Building
5625 Cypress Creek Parkway, 6th Floor
Houston, TX  77069
Telephone:  (713) 333-7600
Facsimile:  (731) 333-7601
tomc@wilingham-law.com
*Counsel for Reilly-Benton Co., Inc.*

9175484_1

**HAILEY, MCNAMARA, HALL, LARMANN, & PAPALE, L.L.P.**
C. Kelley Lightfoot (#17027)
Richard J. Garvey, Jr. (#250822)
Edward J. Lassus,Jr. (#08116)
Suite 1400, One Galleria Boulevard
Post Office Box 8288
Metairie, LA  70001
Telephone: (504) 836-6500
klightfoot@hmhlp.com
*Counsel for Taylor-Seidenbach, Inc.*

You are hereby given notice that on September 13, 2017, Defendants, Shell Oil Company and Tennessee Gas Pipeline Company, L.L.C., filed the attached Notice of Removal as required by law for removal of the above-entitled cause of action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and that on the 13th day of September, 2017, Defendants also filed a Notice of the above said Notice of Removal with the Clerk of Court, Civil District Court for the Parish of Orleans, State of Louisiana, a copy of said Notice of Removal being attached thereto.

          Respectfully submitted:

          **KEAN MILLER LLP**

          /s/ Alexandra E. Rossi
          Gregory M. Anding (#23622)
          Gayla M. Moncla (#19713)
          Jay M. Jalenak, Jr. (#20234)
          Sarah W. Anderson (#32763)
          Allison N. Benoit (#29087)
          Alexandra E. Rossi (#35297)
          KEAN MILLER LLP

P. O. Box 3513
Baton Rouge, LA 70821
Telephone: (225) 387-0999

AND

Anthony M. Williams (#26750)
909 Poydras Street, 36th Floor
New Orleans, LA 70112
Telephone: (504) 585-3050

*Attorneys for Shell Oil Company and Tennessee Gas Pipeline Company, L.L.C.*

9175484_1